FILED

DEC 7 - 2000

U.S. DISTRICT COURT
MARTINSBURG, WV 25401

## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| **Plaintiff.** | Criminal No. _____ 3:00cr 64 |
| **v.** | Violations:    18 USC 924(c) |
| ROBERT LEO BREEDEN<br>a/k/a "JOEY,"<br>MICHAEL PAUL PUZEY<br>a/k/a "BIG PETE"<br>**Defendants.** | |

### COUNT 1.

In or about December of 1999, in the Northern District of West Virginia, defendants ROBERT LEO BREEDEN a/k/a "JOEY," and MICHAEL PAUL PUZEY a/k/a "BIG PETE," aided and abetted by each other, knowingly used and carried, three (3) firearms during and in relation to a drug trafficking crime for which they may be prosecuted in a court of the United States, to-wit: in or about December of 1999, in Kearneysville, Jefferson County, West Virginia, defendants ROBERT LEO BREEDEN a/k/a "JOEY," and MICHAEL PAUL PUZEY a/k/a "BIG PETE," aided and abetted by each other, did distribute less than five (5) grams of cocaine base, also known as "crack," a Schedule II narcotic drug controlled substance, as designated by Title 21, United States Code, Section 812(c) Schedule II(a)(4), to a person known to the grand jury, in exchange for said three (3) stolen firearms and possessed the firearms in furtherance of said drug trafficking crime; in

violation of Title 18, United States Code, Section 924(c)(1) and Title 18, United States Code,

Section 2.

A true bill,

_____
Fore

MELVIN W. KAHLE, JR.
United States Attorney